**O'BRIEN, BELLAND & BUSHINSKY, LLC**
1526 Berlin Road
Cherry Hill, New Jersey 08003
(856) 795-2181
By: Steven J. Bushinsky, Esquire
     W. Daniel Feehan, Esquire

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE FUND, et. al., <br><br> *Plaintiffs,* <br><br> v. <br><br> CEI CONTRACTORS, INC., <br><br> *Defendant.* | Case No. 1:18-cv-11452-RMB-AMD <br><br> **DEFAULT JUDGMENT** |

This matter having come before the Court on Plaintiffs' Request for Default Judgment, it is on this 24th day of January 2019;

**ORDERED and ADJUDGED** that the Plaintiff Funds recover of Defendant CEI Contractors, Inc. the sum of **$48,278.94**, less payments received, which is inclusive of interest, liquidated damages, and attorneys' fees, as provided by law and to include additional interest thereon; and

~~IT IS FURTHER ORDERED and ADJUDGED that this Court will retain active jurisdiction over the enforcement and continued litigation of this matter.~~

                                                          *[signature]*
                                                 Renée M. Bumb, U.S.D.J.